EMILIANO RUIZ, recurrente, *v.* REGISTRADOR DE LA PROPIEDAD DE AGUADILLA, recurrido.

Núm. 1227.—*Sometido:* Enero 21, 1948. *Resuelto:* Febrero 12, 1948.

*Buenaventura Esteves,* abogado del recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR TODD, JR., emitió la opinión del tribunal.

Pretendiendo perpetuar el hecho de que siempre se le ha conocido con el apellido Ruiz, Emiliano Rodríguez instó en la Corte de Distrito de Aguadilla una información ''ad per-

petuam memoriam". Por resolución de dicha corte de 21 de abril de 1947 en el caso civil núm. 18,897, y de acuerdo con la prueba testifical y documental practicada y con intervención del fiscal, se dispuso "que por el encargado del Registro General Demográfico, Departamento de Salud, se proceda a instancia de parte interesada a hacer constar al margen de la inscripción del nacimiento del peticionario el hecho de que éste ha venido usando el apellido Ruiz en lugar del de Rodríguez con el cual aparece inscrito, perpetuando así la memoria de este hecho como una condición de la persona del peticionario." Como consecuencia de dicha resolución el Registrador Demográfico de Lares hizo constar al margen de la inscripción de nacimiento del peticionario, el hecho del uso del apellido Ruiz por el recurrente.

Posteriormente, y con el fin de evitar trastornos o dificultades futuras en relación con varias fincas que constan inscritas en el Registro a nombre de Emiliano Rodríguez, el recurrente otorgó el 11 de septiembre de 1947, ante el notario Lic. Buenaventura Esteves, la escritura núm. 98 sobre Acta Aclaratoria, en la cual hizo un recuento detallado de las circunstancias relacionadas con el uso del apellido Ruiz y de la providencia aprobatoria de la información "ad perpetuam memoriam", y solicitó del Registrador de la Propiedad de Aguadilla "que a todos los efectos legales se sirva hacer constar *al margen* de las inscripciones de las fincas mencionadas el hecho de que el Emiliano Rodríguez que aparece como dueño de dichas fincas es la misma persona que se conoce generalmente como Emiliano Ruiz, mayor de edad, propietario, casado con Doña Mercedes Vázquez y vecino de Lares, P. R."

El Registrador devolvió dicho documento con la siguiente nota:

"Devuelto este documento, con vista de otro, sin practicar en el Registro operación alguna por no estar el mismo comprendido entre los documentos inscribibles en el Registro de la Propiedad, de acuerdo con el artículo 2 de la Ley Hipotecaria."

Para revisar esta nota interpuso Emiliano Ruiz el presente recurso gubernativo y alega que es errónea e improcedente, fundamentalmente:

"1. porque el artículo 2 de la Ley Hipotecaria no es aplicable a este caso, por cuanto el aquí recurrente no está solicitando la *inscripción* de ningún título, acto o contrato, etc. de los comprendidos en dicho artículo, sino una simple *anotación al margen* de las inscripciones ya existentes en el Registro, en virtud de una providencia judicial, con el fin de evitar confusiones en el futuro que pudiera ocasionar el uso del apellido 'Ruiz' en lugar del 'Rodríguez' que aparece en el Registro."

Tiene razón el recurrente. En este caso no se solicitó la inscripción de ningún título, acto o contrato de los comprendidos en el artículo 2 de la Ley Hipotecaria. El recurrente únicamente solicitó que al margen de las inscripciones de aquellas fincas que aparecen en el Registro a nombre de Emiliano Rodríguez se anotara la circunstancia relacionada con el uso del apellido Ruiz por dicho Emiliano Rodríguez, hecho que ya había sido perpetuado en el Registro Demográfico a virtud de orden judicial. No vemos razón alguna por la cual el Registrador no pueda hacer esto por medio de una nota marginal. Por su naturaleza, las notas marginales pueden considerarse como "asientos accesorios o de referencia en relación con el asiento principal de inscripción o anotación, a cuyo margen figuran". Lecciones de Derecho Hipotecario por Luis Muñoz Morales, Tomo I, pág. 300. Cita, además Muñoz Morales, al profesor, Dr. M. Dorta Duque al efecto de que "son las advertencias que se hacen al margen de los asientos de los libros del Registro para relacionar unos asientos con otros, o hacer constar el cumplimiento de una obligación, *o llamar la atención respecto de alguna peculiaridad del asiento principal,* que determine su vigencia o su cancelación, a fin de determinar con seguridad y certeza la verdadera actuación y situación de cada asiento." (Bastardillas nuestras.)—Curso de Legislación Hipotecaria, Tomo 2, pág. 227.

Precisamente lo que pretende el recurrente en este caso es que las notas marginales que solicita, llamen la atención hacia la peculiaridad existente en los asientos principales de las fincas que tiene inscritas, al efecto de que el Emiliano Rodríguez en ellas mencionado es la misma persona conocida por Emiliano Ruiz, según determinación judicial.

La interpretación que pretende dar el Registrador recurrido al caso de *Ex Parte Pérez*, 65 D.P.R. 938, el cual cita en su alegato, no es correcta. Es verdad que allí dijimos que " . . . en Puerto Rico no existe estatuto que autorice el cambio de nombres o apellidos", pero no es menos cierto que resolvimos que dentro de los estrechos límites de la información "ad perpetuam", cabe una providencia que disponga se perpetúe el testimonio y ordenamos que en la inscripción del nacimiento de la peticionaria se hiciera constar que a Romana Pérez siempre se le había conocido por Romana Torres. Lo mismo se hizo en el presente caso.

La Corte de Distrito de Aguadilla en la resolución dictada en la información "ad perpetuam memoriam", instada por "Emiliano Rodríguez conocido por Emiliano Ruiz", no ordenó, como cree el recurrido, que en el Registro Demográfico se cambiara el apellido del recurrente. Tampoco pretende el recurrente, ni podría pretenderlo con éxito, que se varíen las inscripciones existentes en el registro con dicho fin.

Concretándonos a los hechos del presente caso, creemos que perpetuado ya el hecho de que el recurrente, quien tiene inscritas varias fincas en el Registro de la Propiedad de Aguadilla con el nombre de Emiliano Rodríguez, es la misma persona que se conoce por el nombre de Emiliano Ruiz, mayor de edad, propietario, casado con Doña Mercedes Vázquez y vecino de Lares, circunstancias personales idénticas a las del Emiliano Rodríguez a cuyo nombre figuran inscritas las fincas en el Registro, nada hay en la ley ni se perjudican terceras personas en que, por medio de notas mar-

ginales en las inscripciones de las referidas fincas que aparecen a nombre del recurrente en el Registro, se haga constar que, por orden judicial se ha perpetuado dicho hecho.

*Procede la revocación de la nota recurrida y ordenarse al registrador que efectúe las anotaciones solicitadas.*